AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| TEAM RUBICON GLOBAL, LTD., a Delaware Corporation,<br><br>*Plaintiff(s)*<br>v.<br>TEAM RUBICON, INC., a Minnesota Corporation,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:20-cv-02537 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  TEAM RUBICON, INC., a Minnesota Corporation
6171 W. Century Blvd, #310
Los Angeles, CA 90045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy T. Brantly
Kesselman Brantly Stockinger LLP
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/25/2020

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-2537

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Team Rubicon, Inc, a Minnesota Corporation c/o Jake Wood- CEO was received by me on *(date)* 03/26/2020.

☒ I personally served the summons on the individual at *(place)* 2814 Timothy Avenue, Redondo Beach, CA 90278 on *(date)* 3/26/2020 at 8:01 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/26/2020

*Server's signature*

Sergio Corona, Process Server

BFRM Legal S...
633 West 5th Street, 28th Floor
Los Angeles, CA 90071

*Server's address*

Additional information regarding attempted service, etc: