# EXHIBIT B

# INTENTIONALLY OMMITTED