# EXHIBIT G

4/20/2020     Team Rubicon Global on Twitter: "Ten years ago a small group sprang into action, and a mission was born. Over 100K strong, in five cou…

Case 1:20-cv-02537-LTS-JW    Document 28-7    Filed 04/24/20    Page 2 of 2

