# EXHIBIT I

From: William McNulty - Team Rubicon Global <mcnulty@teamrubiconglobal.org>
Sent: Wednesday, April 15, 2020 12:21 PM

Subject: NSTXL is doubling your donations until April 30



Friends and colleagues,

Team Rubicon Global (TRG) builds, trains, and supports a global network of veteran-led disaster relief organizations that are currently responding to COVID-19 in their home countries. To support our global network we have partnered with our friends at



NSTXL who are matching all donations up to $100,000 until April 30. Please make your gift to TRG today and DOUBLE your impact. All donations will go toward supporting the Team Rubicon Network's response to the coronavirus.

We find ourselves in a moment where each member of the Team Rubicon Network is rapidly adapting to the dynamic challenges created by COVID-19 by coordinating

with local health authorities to prepare and respond to the pandemic. With each member organization operating domestically, I want to briefly highlight their efforts.

- In the United Kingdom, Team Rubicon UK is conducting Op RE:ACT, an operation that is providing support to frontline emergency services and vulnerable communities. TR UK is working alongside the UK Government, British Armed Forces, and the Local Resiliency Forums to set up a national cell to organize and coordinate thousands of volunteers to deliver food and medical logistics support.
- In the United States of America, Team Rubicon USA is conducting its first continental U.S. medical operation in Santa Clara, California, where it has established a field hospital in a local convention center. Elsewhere, TR USA is helping deliver food, medical, and logistics support to dozens of cities across the country.
- Team Rubicon Canada has partnered with its neighbor to the south to launch its own Neighbours Helping Neighbours initiative to meet the needs of communities through safe, individual acts of service in response to the COVID-19 crisis.
- Team Rubicon Australia has recently wrapped up a series of operations helping communities recover from the historic bushfires that recently struck their nation. While COVID-19 has not yet struck Australia as hard as the northern hemisphere, Team Rubicon Australia is coordinating with local and state governments to provide volunteer surge capacity when needed.
- Similarly, Team Rubicon Norway is organizing greyshirts from across the country to ease the burdens on municipalities already stretched thin from COVID-19.

TRG has temporarily paused expanding the Team Rubicon Network into new countries until we collectively get on the other side of the COVID-19 pandemic. Our programmatic effort is currently focused on providing support to member's ongoing responses to the COVID-19 pandemic.

We also want to thank our sponsors who have powered this global network from the beginning. Starr Foundation, PWC Foundation, ESPN, Airlink, and Airbnb are just a few who continue to stand with us during this time of crisis.

**William McNulty**

*CEO - Team Rubicon Global  |  Co-founder Team Rubicon*

---

**Our address has changed. Please note our new address below.**

---



Support the growth and impact of the Team Rubicon Network and veteran-led disaster response teams. Tax-deductible donations may be made securely through our donation page or by sending a check to the address below. Thank you!

---



   



Past Newsletters

*Copyright © 2018, Team Rubicon Global, Ltd., All rights reserved.*

**Our mailing address is:**
Team Rubicon Global, Ltd.
2000 Pennsylvania Ave NW #7000
Washington, DC 20006

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list