UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAM RUBICON GLOBAL, LTD., a Delaware Corporation<br><br>*Plaintiff,*<br><br>v.<br><br>TEAM RUBICON, INC., a Minnesota Corporation<br><br>*Defendant,*<br><br>TEAM RUBICON, INC., a Minnesota Corporation<br><br>*Counterclaim Plaintiff,*<br><br>v.<br><br>TEAM RUBICON GLOBAL, LTD., a Delaware Corporation<br><br>*Counterclaim Defendant.* | Civ. No. 20-cv-2537 (LTS) (KNF) |

### DECLARATION OF ELIZABETH A. PARVIS

Elizabeth A. Parvis, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am an Associate at the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022, representing Defendant and Counterclaim Plaintiff Team Rubicon, Inc. ("Team Rubicon") in the above-captioned matter against Plaintiff and Counterclaim Defendant Team Rubicon Global ("TRG"). I am a member in good standing of the bar of the state of New York and this Court.

2. I submit this declaration in support of Team Rubicon's Motion for a Preliminary Injunction. I am familiar with all of the facts and circumstances set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of a letter from an employee of Team Rubicon to General Sir Nicholas Parker of Team Rubicon United Kingdom, dated November 19, 2019, presented in redacted form.

4. Attached hereto as **Exhibit B** is a true and correct copy of a letter from an employee of Team Rubicon to General Sir Nicholas Parker of Team Rubicon United Kingdom, dated November 18, 2019, presented in redacted form.[1]

I declare under penalty of perjury that the foregoing is true and correct.

Malverne, NY
Dated: April 24, 2020

/s/ Elizabeth A. Parvis
Elizabeth A. Parvis

---

[1] Due to the sensitive nature of the content of both letters and the victims' desire to remain anonymous, Exhibits A and B are being filed in redacted form to remove personally identifying information. Should the Court desire, Team Rubicon is prepared to submit a formal letter motion to seal and/or redact, and with the Court's permission, file unredacted versions of Exhibits A and B under seal.