# EXHIBIT B

To: General Sir Nick Parker

It's been brought to my attention that you found the harassment claims against ▮▮▮▮▮ to be credible. I have also learned that even though this was the result, ▮▮▮▮ has been reinstated as CEO of Team Rubicon UK. Acting as CEO for the Team Rubicon organization is a privilege, not a right. In my opinion, ▮▮▮ no longer deserves that privilege.

Since Team Rubicon was founded, the organization has been focused on breaking the status quo. The first eight Greyshirts weren't satisfied with the aid of service disaster survivors received in 2010, so they did something about it. Team Rubicon has never been complacent or lowered the bar, so why is it being lowered now? As an organization, we've gotten where we are today because we have innovated and fought to provide service greater than other disaster relief organizations.

In 2018 Aly Raisman, an Olympic Gold-Medalist wasn't satisfied with the status quo of harassment, so she spoke out about it. She used her agency to make change. She wasn't complacent. This situation is similar to the opportunity we have here.

By reinstating ▮▮▮▮▮ you are not only siding with the side of society that likes to brush harassment of all forms under the rug, but also with those who refuse to do things better simply because they are harder. Not only is this not the TR way, this is simply not the right way. You are being complacent.

▮▮▮▮▮ actions are apart of a larger problem than just 'one incident.' What will it mean for TR if we choose to hold our leaders to a lower standard? How do we continue to uphold our cultural values as an organization when one of the highest leaders has violated all of them in a few short days? Why would we want to make exceptions for those who are leading the charge?

So now I ask you to uphold the cultural values that Team Rubicon cherishes so much. Break the status quo again and raise the bar.

