# EXHIBIT A

4/20/2020 Team Rubicon Global on Twitter: "Ten years ago a small group sprang into action, and a mission was born. Over 100K strong, in five cou…

Case 1:20-cv-02537-LTS-JW   Document 31-1   Filed 04/24/20   Page 2 of 2

