# EXHIBIT B

Search Twitter

Log in Sign up

**Team Rubicon Global**
@TRGlobal

A worthy initiative from Team Rubicon USA

**Team Rubicon** @TeamRubicon · Mar 28

Join us as we call on Congress and the @NatlGovsAssoc to begin credentialing #military #veterans from medical fields to assist in the fight against #coronavirus. Sign and spread the word! #COVID19 petitions.whitehouse.gov/petition/provi...

WE THE PEOPLE ASK THE FEDERAL GOVERNMENT TO CALL ON CONGRESS TO ACT ON AN ISSUE:

## Provide credentialing for veteran military medical providers for COVID-19 response

Created by J.W. on March 27, 2020

We are calling on Congress and the National Governors Association to re-examine the current medical credentialing system. In the face of COVID-19, we must begin providing competency-based credentials to qualified veterans with medical military occupational specialties.

There are hundreds of thousands of military veterans with extensive training and experience in emergency medicine yet there exists no pathway towards credentialing or applying these individuals in a time of domestic crisis. Our taxpayers have invested hundreds of billions of dollars to train these individuals as the world's most nimble and effective problem solvers. Yet in this moment of need, we are keeping them on the sidelines.

HEALTH CARE HOMELAND SECURITY & DEFENSE VETERANS & MILITARY

**Sign This Petition**

Needs **99,997 signatures** by **April 26, 2020** to get a response from the White House

3 SIGNED 100,000 GOAL

First Name *

Last Name *

Email Address *

THE WHITE HOUSE MAY SEND ME EMAILS ABOUT THIS AND OTHER ISSUES.

12:44 PM · Mar 28, 2020 · Twitter Web App

**6** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Relevant people

**Team Rubicon Global** @TRGlobal Follow
TRG provides veterans around the world with opportunities to serve others in the wake of disasters.

**Team Rubicon** @TeamRubicon Follow
Team Rubicon mobilizes veterans to serve communities and to help people prepare, respond, and recover from disasters and humanitarian crises.

**NGA** @NatlGovsAssoc Follow
The National Governors Association (NGA) is the collective voice of the nation's governors. News is presented for information and does not imply endorsement.

## Trends for you

Trending in United States
**Shake Shack**
37.8K Tweets

Business
Shake Shack returns $10 million government loan meant for ...

Politics · Trending
**Go to China**
72.6K Tweets

Trending in United States
**Drip Bayless**

Politics · Trending
**#TrumpCoronavirusTestFailure**
17.7K Tweets

Trending in United States
**#AskRyan**

Show more

Terms Privacy policy Cookies Ads info More

