# EXHIBIT D

  



April 15 at 1:51 PM ·

**Team Rubicon** - with Jake **Wood** & **William McNulty** - is helping keep families fed during this crisis. Today donations are being matched. Donating to TR is a way to directly support communities during emergencies & support veterans. You can trust that your money is being used immediately to help. Will put some links in the comments, but can vouch for these guys & believe in them. Grateful for their continued service.



CLASSY.ORG
**Donate to Team Rubicon Global**
Team Rubicon Global

 3     3 Comments

 Like      Share



https://www.charitynavigator.org/index.cfm?bay=search.summary&orgid=17685



CHARITYNAVIGATOR.ORG
Charity Navigator – Rating for Team Rubicon

Like · 4d



https://teamrubiconusa.org/story/



TEAMRUBICONUSA.ORG
Story of Team Rubicon | Team Rubicon

Like · 4d










BORGENMAGAZINE.COM
Team Rubicon: Veterans Return to Service - BORGEN

Like · 4d

