# EXHIBIT A



Delivered via Email

November 5th, 2019

Team Rubicon Global, Ltd.
Attn: Geoff Trukenbrod
1509 16th St NW
Washington, DC 20036
gtrukenbrod@gmail.com

Dear Geoff,

We, the Board of Directors of Team Rubicon Canada (TRC), are writing to explain TRC's position in regards to recent incidents and issues raised within the Team Rubicon network.

Firstly, we acknowledge and are thankful for the efforts of all involved to resolve this situation. We have reviewed all available current investigative materials and decisions pertaining to the allegations against the CEOs of TR Australia (TRA), and TR United Kingdom (TR UK). We appreciate the thoroughness and swiftness of the TR USA investigative report and are grateful to TR USA, who were specifically requested by our CEO to conduct this investigation as a third party in the matter. TRC is satisfied that the TR USA investigation provided an unbiased and independent view of all parties to the incident. However, we understand and respect the needs of TRxs to conduct fulsome internal investigations in keeping with their own national legal, and independent requirements. Therefore, as the TRA investigation is ongoing, we have no comments on that process at this time.

We appreciate the challenges both countries' Boards have had, or may have, in accessing greater details from TR USA regarding the events in question. Conversely, we also understand TR USA's hesitancy to share the full investigative details, respecting their own domestic legal constraints, and privacy and confidentiality concerns for the complainants and witnesses.

The TRC Board has committed a great deal of time to discussing the events and subsequent documentation, with particular consideration given to our Board's legal obligations to the volunteers, and employees of TRC. We've also given consideration to the matter within Canada's culture and socio-political climate.

The role of senior leadership in any organization is to create an environment where people can thrive and do their best work. The CEO is meant to create the conditions for success and to be the cultural beacon of the organization. TR's organizational culture reflects the imperative to lead by example. The behavior demonstrated by ▓▓▓▓▓▓▓▓▓▓ did not meet this standard. Further, our concern is that in TR UK's upholding of five of the six allegations made against their CEO, there was sufficient evidence of conduct unbecoming of a senior TR leader, to necessitate more stringent and corrective measures. As a result, the TRC Board is ultimately



**TEAM RUBICON CANADA** | BUILT TO SERVE.

4230 Sherwowtowne Blvd, Suite 200 | Mississauga, ON, L4Z 2G6 | TeamRubicon.ca

concerned that the TR UK response to the findings of their own investigation is not firm enough, nor corrective enough, to protect the brand, culture and future of the TR network.

Whilst not the preferred outcome, we ask that the TR UK board provide additional assurances to the TRG board of ▇▇▇▇▇▇▇▇▇▇ admittance to inappropriate conduct, and completion of training and/or counseling to correct his conduct deficiencies. Until such corrective measures are undertaken, TRC volunteers and employees will not be authorized to operate alongside TR UK staff/volunteers.

Going forward, there needs to be a shared understanding of, and mutual appreciation for the espoused values of Team Rubicon, and a clear understanding as to how we will hold ourselves and each other to account around those values. We recommend that the Board of TRG urgently addresses how issues of this nature will be best handled in future.

We remain committed to trying to achieve a resolution in this matter. We hope these comments prove helpful to you and the TRG board in your forthcoming discussions.

Sincerely,

| | |
|---|---|
| George Young | Jennifer Quinton |
| Shaun Francis | Shane Schreiber |
| Michel Gauthier | Trevor Young |
| Rick Hillier | |



TEAM RUBICON CANADA | BUILT TO SERVE.
4230 Sherwoodtowne Blvd, Suite 200 | Mississauga, ON, L4Z 2G6 | TeamRubicon.ca