# EXHIBIT B

# United States of America
### United States Patent and Trademark Office

# TEAM RUBICON

**Reg. No. 5,048,836**
**Registered Sep. 27, 2016**
**Int. Cl.: 35, 44, 45**
**Service Mark**
**Principal Register**

Team Rubicon, Inc. (MINNESOTA CORPORATION)
300 N. Continental Blvd., Suite 100
El Segundo, CA 90245

CLASS 35: Charitable services, namely, organizing volunteer programs to undertake charitable projects in the field of disaster response; conducting volunteer programs; association services, namely, promoting public awareness of first aid and disaster and crisis response programs and services and veteran reintegration; public advocacy to promote awareness of veteran's needs

FIRST USE 2-17-2010; IN COMMERCE 2-17-2010

CLASS 44: Emergency medical response services; crisis response services, namely, deploying medical, military and other civil service experienced professional teams into emergency medical and crisis situations; disaster relief and rescue services, namely, providing emergency medicine, risk assessment and mitigation services to victims of natural and manmade disasters; disaster aid services, namely, providing field triage, relief operations, materials and assistance; providing first aid, supplies and other disaster relief materials and aid services, namely, medical supplies, food, shelter, and other relief materials and assistance to victims of disasters and those in need; provision of emergency medical response and disaster relief and medical aid services, namely, emergency medicine, risk assessment and mitigation services, field triage, relief operations, materials and assistance, by mobilized teams of civil service professionals and military veterans via mobilized command structures, social networking technology and employment of local nationals

FIRST USE 2-17-2010; IN COMMERCE 2-17-2010

CLASS 45: Providing consultation and information in the field of emergency response and natural and manmade disaster aid services for communities; Security services, namely, emergency and crisis response

FIRST USE 2-17-2010; IN COMMERCE 2-17-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "TEAM"

SER. NO. 86-905,919, FILED 02-12-2016
DAVID JAMES GEARHART, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.