# EXHIBIT F




2,442 views | Feb 22, 2019, 11:35am EST

# NASCAR's Dale Earnhardt Jr., Team Rubicon and Mountain Dew Partner In Disaster Relief

**Andy Frye** Contributor ⓘ
SportsMoney
*I do Q&A's with pro athletes. Previously written for ESPN.com and Rolling Stone*





Dale Earnhardt Jr. with Florida Panhandle residents, one of whom holds No 3 memorabilia or the late... [+]  COURTESY PHOTO MOUNTAIN DEW / TEAM RUBICON

During NASCAR's Speedweeks, one of auto racing's best-known names got involved in disaster recovery. Longtime race car driver Dale Earnhardt, Jr., a NASCAR ambassador and co-owner of JR Motorsports, got together with Team Rubicon, an organization that uses the skills and experiences of military veterans and first responders, to serve communities impacted by disasters.

"Natural disasters have hit close to home for me," said Earnhardt, a North Carolina native, noting Hurricane Florence's impact on the Carolinas. "Team Rubicon was there to support and rebuild those affected areas, and I'm proud to team with Mountain Dew to support its mission," said Earnhardt.

To kick off the ongoing partnership, Mountain Dew, which already has a partnership in place with Earnhardt and other top race car drivers, announced a $1 million donation to fuel Team Rubicon's efforts and ongoing programs. Team Rubicon offers clean up support to residents affected by weather events across the country and throughout the year. Earnhardt points out that Team Rubicon, however, is a little different than other non-profits.

Today In: SportsMoney

"Team Rubicon is an organization that provides aid to people impacted by a disaster. The majority of people who make up Team Rubicon, including the boots on the ground, are USA veterans and first responders," Earnhardt told Forbes. "I think that's unique and important, and I can't wait to help out and get my hands dirty."

The Monday after The Clash at Daytona preseason race, on February 18, 2019, Earnhardt joined Team Rubicon and Mountain Dew staffers, as well as other volunteers, to assist residents in cleaning up property in Panama City, Florida, affected by the Hurricane Michael.

PROMOTED



Grads of Life BRANDVOICE | Paid Program
**Opportunity Employment: 4 Trends Being Escalated By COVID-19**

UNICEF USA BRANDVOICE | Paid Program
**Helping Children Adjust To Remote Learning During The COVID-19 Pandemic**

Civic Nation BRANDVOICE | Paid Program
**Yes, You Can Request More College Financial Aid—Even During A Pandemic**




---

Document title: NASCAR&#39;s Dale Earnhardt Jr., Team Rubicon and Mountain Dew Partner In Disaster Relief
Capture URL: https://www.forbes.com/sites/andyfrye/2019/02/22/nascars-dale-earnhardt-jr-team-rubicon-and-mountain-dew-partner-in-disaster-relief/#d8de6e06c2b6
Capture timestamp (UTC): Fri, 24 Apr 2020 18:06:18 GMT
Page 1 of 2




VIDEO: Dale Jr. and other volunteers spend a day helping out

"We're honored and humbled by this major commitment from Mountain Dew in support of our mission," said Jake Wood, Co-Founder and CEO of Team Rubicon. "Dew's contribution will enable us to train more volunteers in critical skills, respond to more disasters around the world, and help more people on their worst day. Like Team Rubicon, we know Dew Nation has a bias for action and we're excited to see how they'll step up to match DEW's $1 million commitment to our mission."

Earnhardt and others clearing downed trees.   MOUNTAIN DEW / TEAM RUBICON

The partnership is also raising money on a continuing basis through the offer of limited-edition camouflage MTN DEW x Team Rubicon cans and bottles available everywhere MTN DEW is sold, plus exclusive MTN DEW x Team Rubicon gear is available online.

Follow me on Twitter or LinkedIn. Check out my website.

Andy Frye
Follow

Print   Site Feedback   Tips   Corrections   Reprints & Permissions   Terms   Privacy
© 2020 Forbes Media LLC. All Rights Reserved.   AdChoices

**RELATED TOPICS**
01. HEALTHY SOFT DRINKS
02. MOUNTAIN DEW FLAVOURS
03. 50% OFF NASCAR TICKETS
04. 2020 NASCAR TICKETS
05. FORD F-150 PICKUP TRUCK PRICES
06. BEST MEDICATION FOR PAIN

SEE ALSO



Powered by Media.Net





