# EXHIBIT I

# RETREAT? HELL, WE JUST GOT HERE.

TEAM RUBICON • BUILT TO SERVE

TEAM RUBICON
LEADERSHIP CONFERENCE 2019
ESTES PARK, CO

# CODE OF CONDUCT & GREYSHIRT BILL OF RIGHTS

Adults only. We've set high expectations for each other, and upholding them is our collective responsibility. Professionalism and compassion towards the communities we serve and our teammates is the foundation of Team Rubicon. Know yourself, know your limits, and know what it means to be a teammate so we can focus on helping people on their worst day.

I recognize that I represent Team Rubicon, and I am committed to be ready to help others in their moment of need. I adhere to the following standards:

1. I am a Greyshirt. I am a humanitarian. I serve others.
2. I am ready to operate as a team member when the needs of others and my abilities intersect.
3. I will stop myself or my team when a task is unsafe.
4. I will stop myself when a task outside the scope of my physical, mental, or emotional ability.
5. I treat funds and equipment as if they were my own by reasonably mitigating costs and maximizing impact.
6. I celebrate a hard day's work and will be ready to get back at it tomorrow.
7. I respect the direction of our leaders.
8. I respect the laws of the local, state, and national jurisdictions in which we operate.
9. I bring calm to chaos.
10. I will never bring a firearm, illegal knife, or other weapon to any Team Rubicon activity to include in a personally owned vehicle, regardless of whether or not I am licensed to carry the weapon.

As a humanitarian, I commit to the principles of [Humanity, Neutrality, Impartiality, Independence,](#) and the following:

1. I will address human suffering. The purpose of humanitarian action is to protect life and health and ensure respect for human beings.
2. I will not take sides in hostilities or engage in controversies of a political, racial, religious or ideological nature.
3. My actions will be carried out on the basis of need alone, giving priority to the most urgent cases of distress and making no distinctions on the basis of nationality, race, gender, religious belief, class or political opinion.
4. My actions will be autonomous from the political, economic, military or other objectives that any actor may hold with regard to areas where humanitarian action is being implemented.
5. I maintain political neutrality while representing Team Rubicon, in accordance with our 501(c)(3) status.

As a Team Rubicon Greyshirt, I have the right to:

1. Operate in a safe, inclusive environment.
2. Be treated with respect.
3. Deliver the capabilities for which I am trained and able to safely carry out.
4. Learn of the outcomes our efforts have in the community.
5. Contact my chain of command.
6. Provide feedback on my experiences without fear of retribution.
7. Receive a copy of TR's financial information or annual report upon request.

I am a Greyshirt, committed to service, responsible for my actions, and dedicated to our principles.

In lieu of direction, Team Rubicon's [Cultural](#) and [Service Principles](#), in addition to my personal values, guide my decisions.



# 2019 TRLC DRESS CODE

### THURSDAY, AUGUST 15

| | |
|---|---|
| Travel Day | Casual; Grey shirts recommended |

### FRIDAY, AUGUST 16

| | |
|---|---|
| TRLC Day 1 / Welcome Dinner | Grey shirts |

### SATURDAY, AUGUST 17

| | |
|---|---|
| TRLC Day 2 | Conference shirts |

### SUNDAY, AUGUST 18

| | |
|---|---|
| TRLC Day 3 / Travel Day | Casual |



# FRIDAY SCHEDULE                                         AUG 16

| SESSION TITLE | TIME START | TIME END | ROOM/LOCATION |
|---|---|---|---|
| Breakfast | 0700 | 0750 | Aspen Dining Hall |
| Morning Standup | 0800 | 0815 | Assembly Hall |
| Welcome to TRLC 2019 | 8015 | 0900 | Assembly Hall |
| Digital Transformation Keynote | 0900 | 0945 | Assembly Hall |
| Break | 0945 | 1000 | |
| Leadership Lifecycle Program Introduction | 1000 | 1045 | Assembly Hall |
| Break | 1045 | 1100 | |
| Leadership Lifecycle Intro: Field Ops & Rebuild | 1100 | 1145 | Assembly Hall |
| Break for Lunch | 1145 | 1300 | |
| Session Breakouts A-C: Choose one of eleven sessions offered *(see page 7)* | 1300 | 1530 | |
| Session A | 1300 | 1345 | |
| Break | 1345 | 1400 | |
| Session B | 1400 | 1445 | |
| Break | 1445 | 1500 | |
| Session C | 1500 | 1545 | |
| Break | 1545 | 1600 | |
| Territory Time Breakouts Boothing available | 1600 | 1700 | Assigned Mtng Rooms |
| Free Time | 1700 | 1745 | |
| Welcome Dinner | 1800 | 2000 | Assembly Hall |



# SATURDAY SCHEDULE      AUG 17

| SESSION TITLE | TIME START | TIME END | ROOM/LOCATION |
|---|---|---|---|
| Breakfast | 0700 | 0745 | Aspen Dining Hall |
| Morning Standup | 0800 | 0815 | Assembly Hall |
| Territory Time Breakouts | 0815 | 0845 | Assigned Mtng Rooms |
| Leadership Lifecycle Intro: Marketing & Development | 0900 | 0945 | Assembly Hall |
| Break | 0945 | 1000 | |
| Session D: Culture Council | 1000 | 1045 | Assembly Hall |
| Break | 1045 | 1100 | |
| Session Breakouts E-F:<br>Choose one of five sessions offered *(see page 8)* | 1100 | 1345 | |
| Session E | 1100 | 1145 | Assembly Hall |
| Break for Lunch | 1145 | 1245 | |
| Session F | 1300 | 1345 | |
| Break | 1345 | 1400 | |
| Leadership Lifecycle Functional Onboarding | 1400 | 1545 | Assigned Mtng Rooms |
| Break | 1545 | 1600 | |
| Territory Time Breakouts | 1600 | 1700 | Assigned Mtng Rooms |
| Free Time | 1700 | 1745 | |
| Farewell BBQ Cookout Dinner | 1800 | 2000 | Staged Under Tent / State Cabins |



# SUNDAY SCHEDULE — AUG 18

| SESSION TITLE | TIME START | TIME END | ROOM/LOCATION |
|---|---|---|---|
| Breakfast | 0700 | 0745 | Aspen Dining Hall |
| Closing Remarks | 0800 | 0815 | Assembly Hall |
| Networking | 0830 | 0915 | |



# BREAKOUT SESSION LOCATIONS

| DAY 1 • SESSIONS A-C | | |
|---|---|---|
| **SESSION NAME** | **MEETING ROOM** | **BUILDING/LOCATION** |
| To Infinity & Beyond: Future Capabilities | Aspen Glen | Emerald Mountain Lodge |
| Public Information Officer | Glacier Basin | Emerald Mountain Lodge |
| Management Training and Leadership with PO | Women's Building | State Cabins |
| Mission Planning TRaining | Holy Hill | Ram's Horn Lodge |
| W.H.O. We Are?<br>World Health Organization | Lily Lake | Ram's Horn Lodge |
| Training Build Capacity | Missouri | State Cabins |
| De-Escalation and Harassment Prevention | Kansas | State Cabins |
| How to Mobilize | Colorado | State Cabins |
| What is Field Tech | Texas | State Cabins |
| Resilient City Strategy | Bible Point/East Portal | Emerald Mountain Lodge |
| Event Management | Teddy's Teeth/<br>Giant Track | Ram's Horn Lodge |



# BREAKOUT SESSION LOCATIONS

| DAY 2 • SESSIONS E & F | | |
|---|---|---|
| **SESSION NAME** | **MEETING ROOM** | **BUILDING/LOCATION** |
| CEO & COO AMA:<br>Jake Wood & Art delaCruz | Teddy's Teeth/<br>Giant Track | Ram's Horn Lodge |
| International Ops & IMT AMA:<br>Zack Brooks Miller & Nick Mrzlack | Aspen Glen | Emerald Mountain Lodge |
| Field & Territory Ops AMA:<br>Nicole Green & David Burke | Bible Point/East Portal | Emerald Mountain |
| Finance, Marketing, Development, & Tech AMA:<br>Dane Barata, Trip Henderson, Nicole Capossela, & Raj Kamachee | Holy Hill | Ram's Horn Lodge |
| Digital Transformation Technology AMA:<br>Scott Marden and Kate Brown | Glacier Basin | Emerald Mountain Lodge |



Case 1:20-cv-02537-LTS-JW    Document 33-9    Filed 04/24/20    Page 10 of 12







TEAM RUBICON
LEADERSHIP CONFERENCE 2019                    10

# 2019 TRLC CONTACTS

**DISTRO EMAIL**
TRLC@TeamRubiconUSA.org

**CONFERENCE LEAD**
Rhiannon Gagnon
rhiannon.gagnon@TeamRubiconUSA.org

**VENUE LEAD**
Nicole Green
green@TeamRubiconUSA.org

**MOBILIZATION**
Brent Slough
brent.slough@TeamRubiconUSA.org

**TECH**
Brandon Wilson
brandon.wilson@TeamRubiconUSA.org

