# EXHIBIT M



Menu



# Delivering humanitarian aid by empowering a global veterans network.

Find Out How





Team Rubicon Global supports the Team Rubicon Network by fostering the establishment and development of Team Rubicon Country Units and by facilitating the Team Rubicon Network's provision of effective humanitarian aid in the wake of disasters and, in so doing, serving veterans by serving others.

**5** Team Rubicon Country Units

**275+** response operations in communities affected by natural disasters and humanitarian crises

**80,000+** volunteer members committed to serve

**Tens of thousands** of lives impacted around the globe



# Team Rubicon Network Operations

## Contact Us

Team Rubicon Global, Ltd.
2000 Pennsylvania Ave NW #7000
Washington, DC 20006, USA

info@teamrubiconglobal.org

## Newsletter

**Email address:**

Sign up

## Network

TR Australia
TR Canada
TR Norway
TR UK
TR USA



Privacy Policy