# EXHIBIT N





Email or Phone
Password
Log In
Forgot account?

# Team Rubicon Global

@TeamRubiconGlobal

- **Home**
- About
- Posts
- Photos
- Videos
- Newsletter Signup
- Events
- Community
- Reviews

Create a Page

Like · Share · Suggest Edits · ···

Send Message

## Posts

**Team Rubicon Global**
March 30 at 12:57 PM ·

Our friends at NSTXL will be matching gifts to TRG from now until April 30. Join us as we empower a global network of military veterans and first responders to fight COVID-19

LINKEDIN.COM

**NSTXL posted on LinkedIn**

NSTXL is matching all donations up to $100,000 to Team Rubicon…

28 · 3 Shares

Like · Comment · Share

**Team Rubicon Global**
March 25 at 12:47 PM ·

Team Rubicon Canada is built to serve, and together with their neighbor to the south, Team Rubicon USA, they've launched the #NeighboursHelpingNeighbours initiative to meet the needs of communities through safe, individual acts of service in response to the COVID-19 cri...

5.0 **5 out of 5** · Based on the opinion of 31 people

**Community** See All

6,428 people like this

6,603 people follow this

18 check-ins

**About** See All

Contact Team Rubicon Global on Messenger

www.teamrubiconglobal.org

Charity Organization · Nonprofit Organization · Non-Governmental Organization (NGO)

**Page Transparency** See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - February 23, 2015

**People** >

★★★★★
**6,428** likes

**Related Pages**

**Team Rubicon**
Charity Organization

Jake Wood
Entrepreneur

Team Rubicon Canada
Charity Organization

**See more of Team Rubicon Global on Facebook**

Log In or Create New Account

**TEAMRUBICONUSA.ORG**

**Neighbors Helping Neighbors**

There is no playbook for our current situation, but action is the only…

$0 raised     Donate

19     2 Shares

👍 Like     💬 Comment     ➦ Share

See All

**Photos**

See All

**Videos**

Sherlock ✓
TV Show

**Team Rubicon - Northeast**
Nonprofit Organization

See More ▾

---

**Pages Liked by This Page**    ›

**National Geographic TV** ✓

**Everbridge**

**Invictus Foundation**

**MakeOffices**

**HISTORY** ✓

See More ▾

Places ›   Washington D.C. ›   Team Rubicon Global

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch    +

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2020

**See more of Team Rubicon Global on Facebook**

Log In    or    Create New Account



Team Rubicon Norge unveiled some sweet gear today...

👍 42


Airlink and British Airways g…
👍 31  💬 1


The #TRGLS17 took a brea…
👍 7

See All

### Recommendations and Reviews

 They are all about service above self!
September 18, 2019

 These people are Great! Caring! Funny!  Hardworking! and it is  privilege to know them...not to ment... See More 
November 9, 2018

 Great place to serve and volunteer for emergency responce and prepard ness plus the vast majority are... See More
October 11, 2015

See All

**Posts**

 **Team Rubicon Global**
February 25 · 🌐

Since October, Team Rubicon Australia has put in over 20,000 volunteer hours in response to the bushfires. Australia's ABC News does an excellent piece on the impact of these fires and Team Rubicon on its communities and the veteran volunteers.



**See more of Team Rubicon Global on Facebook**

| Log In | or | Create New Account |

Team Rubicon Global · Home | Reviews |

**Team Rubicon Global**
February 20 · 🌐

As the long recover process continues, Team Rubicon UK lends a helping hand to Team Rubicon Australia from across a couple ponds.



NEWS.COM.AU
**British vets help rebuild razed towns**
A crack team of British military veterans and retired emergency workers…

 49                                                      4 Shares

👍 Like          💬 Comment          ↪ Share

**Team Rubicon Global**
January 22 · 🌐

A bit of demolition and some feeding of wildlife makes for a rewarding day for Team Rubicon Australia. Their response in Cudlee Creek, South Australia continues.



**See more of Team Rubicon Global on Facebook**

Log In        or        Create New Account



### See more of Team Rubicon Global on Facebook

| Log In | or | Create New Account |