# EXHIBIT O



Search Twitter

Log in | Sign up





Follow

# Team Rubicon Global
@TRGlobal

TRG provides veterans around the world with opportunities to serve others in the wake of disasters.

📍 Worldwide  🔗 teamrubiconglobal.org  🎈 Born January 12
📅 Joined February 2014

**129** Following  **3,038** Followers

Tweets | **Tweets & replies** | Media | Likes

↻ Team Rubicon Global Retweeted

**UN Vienna** ✓ @UN_Vienna · Apr 2   ⌄

❗ Just launched: Secretary-General @antonioguterres report "Shared Responsibility, Global Solidarity: Responding to the socio-economic impacts of #COVID19 ." The message is clear - we must see countries united. Read more and download report here: bit.ly/39DxAnv

"What the world needs now is solidarity. With solidarity we can defeat the virus and build a better world."
UN Secretary-General António Guterres
31 March 2020
United Nations
un.org/coronavirus
#coronavirus | #COVID19

💬    11   ♡ 18   ⬆

↻ Team Rubicon Global Retweeted



**Team Rubicon Canada** @TeamRubiconCAN · Mar 30   ⌄
TR volunteers have stepped into the arena and are out giving the coronavirus a one-two punch. Greyshirts are already serving their neighbors in areas around the country. You can join us and help expand our response.
teamrubicon.ca/join-the-team/



---

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up



**You might like**

 **Team Rubicon UK** ✓
@TeamRubiconUK    Follow

**Team Rubicon Australia** ✓
@TeamRubiconAus    Follow

 **William McNulty** ✓
@WilliamMcNulty    Follow

Show more

**Trends for you**  




Search Twitter | Log in | Sign up

6 16

**Team Rubicon Global** @TRGlobal · Apr 3
Calling all British military veterans and first responders. @TeamRubiconUK needs you to help respond to the COVID19 crisis.

> **Elizabeth Stileman** @EStileman · Apr 2
> CALLING ALL MILITARY VETERANS! If you have time to help try and fight COVID-19, sign up with Team Rubicon and we will use your skills. Please sign up by following the links: teamrubiconuk.org AND pass the message on. Thank you all. x

4 12

Team Rubicon Global Retweeted
**William McNulty** @WilliamMcNulty · Apr 1
Our friends @NSTXL will be matching gifts to @TRGlobal from now until April 30. Join us as we empower a global network of military veterans and first responders to fight COVID-19 nstxl.org/help-nstxl-dou...

3 4

## Who to follow

The Home Depot Foundation and 2 others follow
**Kendall Bruton**
@SafetyCruton
Follow

Team Rubicon Northwest and 2 others follow
**Team Rubicon Southeast (Region 4)**
@teamrubicon_4
Follow
@TeamRubicon pairs the skills of veterans and first responders to rapidly deploy disaster response teams. The Southeast serves AL, FL, GA, KY, MS, NC, SC, & TN.

Inmarsat and 2 others follow
**Rich TRUK10** ⚒🇬🇧
@SWGreyshirt10
Follow
Volunteer & South West Regional Coordinator for Team Rubicon UK 🇬🇧 Disaster Response Charity. All views are my own, retweets are not necessarily endorsements

Show more

**Team Rubicon Global** @TRGlobal · Mar 30
Our friends @NSTXL will be matching gifts to @TRGlobal from now until April 30. Join us as we empower a global network of military veterans and first responders to fight COVID-19

NSTXL posted on LinkedIn
NSTXL is matching all donations up to $100,000 to Team Rubicon Global from now through April 30. Joi...
linkedin.com

22.7K Tweets

Politics · Trending
**#ThanksObama**
62K Tweets

Entertainment · Trending
**Into the Spider-Verse**
17.7K Tweets

Hip-hop and rap · Trending
**Luv is Rage 2**
9,742 Tweets

Politics · Trending
**World Health Organization**
448K Tweets

COVID-19
Trump announces halt of funding to WHO pending ...

Show more

Terms Privacy policy Cookies Ads info More

© 2020 Twitter, Inc.

</␃







