# EXHIBIT A

[2019-08-17, 15:20:35] Bryan: Melissa; thanks again for joining ▮ and I.
[2019-08-17, 15:22:00] Bryan: With regards to last night's incident, can you provide the details on what transpired last night, accounting for Richard's and Geoff's behaviour, and any others who witnessed it (I recall you mentioned ▮.
[2019-08-17, 15:22:36] Bryan: I want to commend you for the courage to tell me about it. You did the right thing.
[2019-08-17, 15:24:25] Bryan: I also need to know if something was going on between you and ▮ last night. I need to have a full picture of the situation.
[2019-08-17, 15:31:32] Melissa DeMeda: Thank you again for inviting me! I can absolutely do that. I'm assuming you need it ASAP. Would email work?
[2019-08-17, 15:31:45] Bryan: Yes, please.
[2019-08-17, 15:34:56] Bryan: I also need to ask if you would accept apologies from them, which I have no doubt they will want to provide.
[2019-08-17, 15:37:25] Melissa DeMeda: Yes, I would accept an apology
[2019-08-18, 17:13:28] Bryan: Melissa – one more question; can you recall how much you had to drink that night? In the car you did not appear to be under the influence. I just want to ensure I have all the information on your side. I feel sick to my stomach having read your account. It was my responsibility to look after the team. I should have ensured that safety. I am sorry.
[2019-08-18, 17:28:59] Melissa DeMeda: I really do appreciate that. I don't place blame or anything like that towards you at all, but thank you, and thank you for supporting me with this.

Since dinner started at 6pm I had 4 beers over the course of about 6 hours, I finished my last beer around 11:30-12. Switched to water around then.
[2019-08-18, 19:49:20] Bryan: Thanks, Mel.
[2019-08-18, 19:50:31] Bryan: Do you recall any witnesses to Geoff's comments?
[2019-08-18, 20:17:45] Melissa DeMeda: ▮ had stood with us for a bit and would have heard some of it. Like there were other instances of geoff saying things in a group when ▮, ▮ and ▮ were definitely around, or in the larger group after dinner among other people, none of which was directed at me at the time but generally not appropriate. They may have also seen the increased hugging/touching, I know ▮ mentioned that in the car
[2019-08-18, 20:19:47] Bryan: Do you have last names for ▮ ▮ and ▮
[2019-08-18, 20:31:40] Melissa DeMeda: ▮ – unsure but I believe he is TRUSA staff, ▮ (TRUSA), and ▮ (TRA)
[2019-08-18, 20:37:53] Bryan: Is ▮ a redhead? With beard?
[2019-08-18, 20:39:49] Bryan: This guy? https://images.app.goo.gl/GwFvw3yBka8umYYa9
[2019-08-18, 20:50:55] Melissa DeMeda: No he has dark hair, pretty

```
tall... I can ask and see if I can get a last name maybe from ███
[2019-08-18, 20:51:36] Bryan: Ok. Your sure it wasn't ███"
[2019-08-18, 20:51:51] Melissa DeMeda: Oh awkward maybe it was
[2019-08-18, 20:52:23] Bryan: image omitted
[2019-08-18, 20:52:37] Melissa DeMeda: Oh no definitely not him
[2019-08-18, 20:53:27] Bryan: image omitted
[2019-08-18, 20:53:36] Melissa DeMeda: Second one!
[2019-08-18, 20:53:54] Bryan: ███
[2019-08-18, 20:55:22] Melissa DeMeda: Yep that's him
[2019-08-18, 20:55:37] Bryan: And witnesses to Richard's actions were ███, and ███
[2019-08-18, 20:56:26] Melissa DeMeda: Yes correct, they likely did not see our interaction outside but they would've seen everything when we were in the lobby
[2019-08-18, 20:56:39] Bryan: Ok
[2019-08-20, 14:04:57] Bryan: Hey Mel, just an update for you; formal letters have gone out to the appropriate superiors, and TR USA will be leading an internal investigation.  Josh Anderson from People Ops has been looped in, and he or another from his team may contact you.
[2019-08-20, 14:05:22] Bryan: Should be completed expeditiously.
[2019-08-20, 14:07:39] Melissa DeMeda: Okay that sounds good. Thank you for the update!
```