# EXHIBIT B

**From:** Hammel, Jeff (NY) <Jeff.Hammel@lw.com>
**Date:** Wednesday, May 20, 2020, 7:11 PM
**To:** Majed Dakak <mdakak@kbslaw.com>
**Cc:** Walch, Matthew (CH) <MATTHEW.WALCH@lw.com>
**Subject:** RE: In re: TRG, Civ. No. 2-cv-2537

Majed,

We left you a voicemail an hour or so ago. Please give me a call at +16463341237.

Thanks.

Jeff


**Jeff G. Hammel**

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Direct Dial: +1.212.906.1260
Fax: +1.212.751.4864
Email: jeff.hammel@lw.com
http://www.lw.com