# EXHIBIT H



Jeff G. Hammel
of LATHAM & WATKINS LLP
Via email

May 29th 2020

**Re: Alleged Infringement of Team Rubicon's Trademarks And Violation of May 19, 2020 United States District Court Order**

Mr Hammel,

your letter with the above topic was received via email on Mai 23rd.

Subsequent to the Judge's order, Team Rubicon Global (TRG) is currently filing a dual motion asking the court to:
a. Stay the preliminary injunction pending resolution of the appeal that TRG will imminently file; and
b. Set a bond

I also understand that the Judge has subsequently ordered an expedited hearing of TRG's above dual motion and directed the attorneys to use their best efforts to reach a negotiated resolution related to the stay and bond.

Lastly, I understand that TRG also made a request asking for an immediate stay of the preliminary injunction pending resolution of TRG's above dual motion.

**I await the outcome of all the above.**

TR-NOR has since its inception always conducted business in good faith consistent with the Sublicense Agreement. There is not, nor has there ever been, material breach of any of the terms, conditions, or obligations of our Sublicense Agreement.

Sincerely,

Brigadier General (R.) Ole Asbjørn Fauske
Chair, Board of Directors, Team Rubicon Norway.



**TEAM RUBICON NORGE** | Katastrofer er vår virksomhet. Veteraner er vår lidenskap. 818 564 392

C/O Odal Næringshage Utvikling AS | Stasjonsvegen 24 | 2100 Skarnes | Norway | **TeamRubicon.no**