# EXHIBIT I

**Jeff G. Hammel**
Direct Dial: 212.906.1260
Jeff.Hammel@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

June 1, 2020

**VIA EMAIL**

Jennifer Huby
HWL Ebsworth Lawyers
Level 14, Australia Square
264-278 George Street
Sydney NSW 2000
Australia

Re:   **Infringement of Team Rubicon's Trademarks And Violation of May 19, 2020 United States District Court Order**

Dear Ms. Huby:

I write in response to your letter dated May 28, 2020.  Our understanding is that since your response to our letter, our respective clients have communicated directly regarding a potential resolution of this matter.  Team Rubicon has responded to the proposed terms contained in your letter, and such response provided for a potential orderly transition away from use of the TR Marks over a pre-negotiated period of time, along with potential financial assistance for rebranding.  We therefore write simply to acknowledge your letter and ask that you please reach out to us if there are any matters where we may be able to facilitate an amicable dialogue between the parties.

In the meantime, we note that the Court has not issued a stay of its May 19, 2020 Order enjoining TRG's use of Team Rubicon's intellectual property and the use of parties acting in concert with TRG.  That injunction thus remains in full force and effect.  Moreover, as you are aware, Team Rubicon's termination of the Master Trademark License Agreement with TRG necessarily terminated TRG's right to sublicense Team Rubicon's intellectual property, including to TR-AUS.  Given the foregoing, Team Rubicon hereby expressly reserves and does not waive any of its rights to enforce the Court's Order and its trademark rights, including as against TR-AUS, if Team Rubicon and TR-AUS are unable to resolve their differences in an amicable way.

Please let us know if you would like to discuss further.

LATHAM&WATKINS LLP

Sincerely,

/s/ Jeff G. Hammel

Jeff G. Hammel
of LATHAM & WATKINS LLP