**EXHIBIT K**

**Jeff G. Hammel**
Direct Dial: 212.906.1260
Jeff.Hammel@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM & WATKINS LLP

June 1, 2020

**VIA EMAIL**

Brigadier General (R.) Ole Asbjørn Fauske
Team Rubicon Norway
Stasjonsvegen 24
2100 Skarnes
Norway

Re: **Infringement of Team Rubicon's Trademarks And Violation of May 19, 2020 United States District Court Order**

Dear Brigadier General Fauske,

I write in response to your letter of May 29, 2020. Your letter does not respond to the issues raised in our May 23, 2020 letter. At this time, the Court has not issued a stay of its May 19, 2020 Order enjoining use of Team Rubicon's intellectual property, and therefore it remains in full force and effect. Moreover, as you are aware, any termination of the Master Trademark License Agreement between Team Rubicon and TRG necessarily terminates TRG's right to sublicense Team Rubicon's intellectual property, including to TR-NOR.

Notwithstanding the above, however, we understand that TR-NOR is in direct communication with Team Rubicon regarding constructive solutions to the issues identified in our earlier correspondence, including a potential orderly transition away from use of the TR Marks over a pre-negotiated period of time, along with potential financial assistance for rebranding.

We remain hopeful that these discussions will be productive; however, Team Rubicon does not waive and expressly reserves all rights to enforce the Court's Order, including as against TR-NOR.

Please let us know if you would like to discuss further.

LATHAM&WATKINS LLP

Sincerely,

/s/ Jeff G. Hammel

Jeff G. Hammel
of LATHAM & WATKINS LLP