# EXHIBIT L




### GIVE WITH DUAL PURPOSE

With Disaster Relief Australia, your dollar does double time. Not only are you able to help communities devastated by disaster, you are also supporting Australian Veterans find purpose through service.

**DONATE**

### DISASTERS ARE OUR BUSINESS

Disaster Relief Australia (DRA) unites the skills and experiences of Australian Defence Force veterans, emergency responders and civilians to rapidly deploy disaster relief teams domestically and around the globe.

Proud to currently maintain a roster of thousands of volunteers able to rapidly deploy throughout Australia and the Pacific Rim.

Integrating into existing emergency management arrangements where possible. Disaster Relief Australia can operate independently or as part of an integrated taskforce.

DRA provides Incident Management, damage and impact assessment, aerial damage assessment and mapping, work order management, spontaneous volunteer management, debris management & restoring access, expedient home repair and resilience & capacity building.

### VETERANS ARE OUR PASSION

Led by Veterans, Disaster Relief Australia seeks to change the narrative around the Australian veteran.

DRA improves veterans' wellbeing by providing them the opportunity to continue to serve communities devastated by natural disaster. In doing so, they are able to regain a sense of purpose and identity not found since their military service.

DRA recognises that veterans hold a unique and valuable skill set. Australian veterans are a national asset, and DRA seeks to showcase that to the world.

### OUR STORY

Disaster Relief Australia (DRA) was launched in 2020, after a tenure as Team Rubicon Australia. In August 2016, DRA launched its first disaster relief operation to Proserpine in Far North Queensland in response to the devastation wrought by Tropical Cyclone Debbie.

This operation, dubbed Operation Dunlop, after WWII Surgeon Sir Ernest Edward 'Weary' Dunlop, saw DRA deployed to the hard-hit town of Proserpine in North Queensland. For over three weeks 62 volunteers worked tirelessly to help the greater Proserpine community recover from the disaster.

Just as importantly, we proved that the skills and experience of military veterans are ideally suited to this type of work.

**READ OUR STORY**

## Disaster Relief Australia

Disaster Relief Australia has been steadily been gaining traction since its inaugural mission in Proserpine in 2017.

Our vision is to integrate veterans and emergency services volunteers to build Disaster Relief Australia Teams across Australia, serving local communities before, during and after natural disasters.







# Disaster Relief Australia

Disaster Relief Australia has been steadily been gaining traction since its inaugural mission in Proserpine in 2017.

Our vision is to integrate veterans and emergency services volunteers to build Disaster Relief Australia Teams across Australia, serving local communities before, during and after natural disasters.

## OUR NEXT CHAPTER

We currently have Disaster Relief Teams (DRT's) in Townsville, Brisbane, Sydney, Melbourne, Canberra and Adelaide. Our expansion plans over the next four years include DRT's in Lismore, Penrith, Gosford, Hobart, Perth and Darwin.

We bring a capability to the field not yet seen in this region, and provide an opportunity to Australian Veterans that is much needed and long overdue. Our next chapter will be an exciting one.




# DEPLOYMENTS

Disaster Relief Australia has deployed to the United States, Greece, British Virgin Islands, Indonesia, the Phillipines and throughout Australia. The incidence of natural disasters is on the rise, and Disaster Relief Australia are here to answer the call.

# FEATURED MISSIONS

Recently, Disaster Relief Australia has partnered with Clubs NSW in a brand new initiative dubbed Litres for Land, that will see millions of litres of water delivered to farmers in severe drought in NSW. We don't just bring water, we bring hope.

Disaster Relief Australia has recently partnered with Clubs NSW in a brand new initiative dubbed Litres for Land, that will see millions of litres of water delivered to farmers in severe drought in NSW. We don't just bring water, we bring hope.



## CONTACT US

### SEND US A MESSAGE

NAME

EMAIL ADDRESS

MESSAGE

SUBMIT

## CONTACT

PH: +61 (02) 8072 9130

Disaster Relief Australia

1/299 Elizabeth Street
Sydney NSW 2000 Australia

Disaster Relief Australia unites the skills and experiences of military veterans with first responders to rapidly deploy emergency response teams.

To provide a compliment or lodge a complaint against our organisation, please email us on feedback@disasterreliefaus.org

ABN 44614474010
ACN 61447401

© Copyright 2020 Disaster Relief Australia