# EXHIBIT N

**From:** Jake Wood <wood@teamrubiconusa.org>
**Sent:** Monday, June 1, 2020 12:56 PM
**To:** Jeremy Neal <neal@teamrubiconusa.org>; Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>; landerson@godaddy.com <landerson@godaddy.com>; ceoteam@godaddy.com <ceoteam@godaddy.com>
**Subject:** Re: URGENT: Trademark Violations - [Incident ID: 41978196]

Hello,

The judge has specifically ask us to find a solution that allows this organization - teamrubiconglobal.org - to regain access to its email. Please see attached the endorsed memo from the Judge. This matter is extremely urgent and may impact our standing with the court. Can we arrange a call asap to discuss?

Opposing counsel has directed us to include ceoteam@godaddy.com and landerson@godaddy.com


**Jake Wood**
Co-Founder & Chief Executive Officer
(O) 310.640.8787 | (M) 608.438.4551
**Team Rubicon** | **BUILT TO SERVE**
CFC #59162




**From:** Jeremy Neal <neal@teamrubiconusa.org>
**Sent:** Monday, June 1, 2020 11:23 AM
**To:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>

**Cc:** Jake Wood <wood@teamrubiconusa.org>
**Subject:** Re: URGENT: Trademark Violations - [Incident ID: 41978196]

Hi, Kelly....

To clarify my request, I was asking for a listing of the previous values to better understand the domain's mail configuration prior to termination of service.  I specifically stated that the "A" and other non-mail related records should remain disabled.  If you are unable to provide the list of previous values, please proceed with the implementation of the MX records I provided in my last message and we'll follow-up again if we find that additional records are needed.  Thanks.

**Jeremy Neal**
IT Systems Engineer
(O) 310.640.8787 x.132
**Team Rubicon** | **BUILT TO SERVE**
CFC #59162



---

**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Sent:** Monday, June 1, 2020 10:59
**To:** Jeremy Neal <neal@teamrubiconusa.org>
**Subject:** RE: URGENT: Trademark Violations - [Incident ID: 41978196]

Hello Jeremy,


We are unable to revert the update, as this would allow the domains to be operational making us non-compliant with the order.


We cannot provide the previous DNS settings.


Kindest regards,

---

Kelly R.
GoDaddy | Dispute Administrator



Claim: 2528595

---

**From:** Jeremy Neal <neal@teamrubiconusa.org>
**Sent:** Monday, June 1, 2020 8:30 AM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>; Jake Wood <wood@teamrubiconusa.org>
**Subject:** Re: URGENT: Trademark Violations - [Incident ID: 41978196]

Notice: This email is from an external sender.

Hi, Kelly...

With respect to my previous inquiry:

> We'd like to have the MX records for teamrubiconglobal.org restored to allow their users to send and receive email. Depending on whether or not they have any SPF or DMARC TXT records, or CNAMEs for DKIM signing, those would likely need to be restored as well. All "A" and other records not related to email send/receive should stay disabled. Please let us know how we can best accomplish this. Thanks.

Are you able to provide a listing of the records previously configured for this domain? Reason being I can list the MX records which need to be restored, and have done so below....however I don't have copies of any SPF or DMARC TXT records, or any DKIM CNAMEs which may have been in place which may be required for proper email operation. Please let us know if this is something better handled via a quick phone call. Thanks.

MX records to restore for teamrubiconglobal.org:

| Host | Pri | Points to address | TTL |
|---|---|---|---|
| @ | 1 | aspmx.l.google.com. | 300 |
| @ | 5 | alt1.aspmx.l.google.com. | 300 |
| @ | 5 | alt2.aspmx.l.google.com. | 300 |
| @ | 10 | alt3.aspmx.l.google.com. | 300 |
| @ | 10 | alt4.aspmx.l.google.com. | 300 |

**Jeremy Neal**
IT Systems Engineer
(O) 310.640.8787 x.132
**Team Rubicon** | **BUILT TO SERVE**
CFC #59162

---

**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Sent:** Monday, June 1, 2020 07:49
**To:** Jeremy Neal <neal@teamrubiconusa.org>; Jake Wood <wood@teamrubiconusa.org>
**Subject:** RE: URGENT: Trademark Violations - [Incident ID: 41978196]

Hello Jeremy,

Please provide the DNS MX records you wish to add to the domain.

Kindest regards,

Kelly R.
GoDaddy | Dispute Administrator



Claim: 2528595

---

**From:** Jeremy Neal <neal@teamrubiconusa.org>
**Sent:** Friday, May 29, 2020 9:43 AM
**To:** Jake Wood <wood@teamrubiconusa.org>; Courtdisputes-GD <Courtdisputes@godaddy.com>
**Subject:** Re: URGENT: Trademark Violations - [Incident ID: 41978196]

Notice: This email is from an external sender.

Hi, Laurie...

We'd like to have the MX records for *teamrubiconglobal.org* restored to allow their users to send and receive email. Depending on whether or not they have any SPF or DMARC TXT records, or CNAMEs for DKIM signing, those would likely need to be restored as well. All "A" and other records not related to email send/receive should stay disabled. Please let us know how we can best accomplish this. Thanks.

**Jeremy Neal**
IT Systems Engineer
(O) 310.640.8787 x.132
**Team Rubicon** | **BUILT TO SERVE**
CFC #59162

---

**From:** Jake Wood <wood@teamrubiconusa.org>
**Sent:** Friday, May 29, 2020 09:26
**To:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>; Jeremy Neal <neal@teamrubiconusa.org>
**Subject:** Re: URGENT: Trademark Violations - [Incident ID: 41978196]

Laurie,

Disregard my last email. I am now learning that I misinterpreted the UK's issue. Would you be able to hop on a phone call with me and my IT administrator, @Jeremy Neal to discuss a solution to the issue?

**Jake Wood**
Co-Founder & Chief Executive Officer
(O) 310.640.8787 | (M) 608.438.4551
**Team Rubicon** | **BUILT TO SERVE**
CFC #59162

**From:** Jake Wood <wood@teamrubiconusa.org>
**Sent:** Friday, May 29, 2020 9:11 AM
**To:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Subject:** Re: URGENT: Trademark Violations - [Incident ID: 41978196]

Hello,

Thank you for taking swift action.  Can you confirm that you have only taken action against teamrubiconglobal.org and .com?  We are receiving an indication from another affiliate, Team Rubicon UK (www.teamrubiconuk.org) that they have lost access to their DNS.

This is an urgent matter.  If you could address immediately it would be greatly appreciated.


**Jake Wood**
Co-Founder & Chief Executive Officer
(O) 310.640.8787 | (M) 608.438.4551
**Team Rubicon** | **BUILT TO SERVE**
CFC #59162



---

**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Sent:** Wednesday, May 27, 2020 2:48 PM
**To:** Jake Wood <wood@teamrubiconusa.org>
**Subject:** RE: URGENT: Trademark Violations - [Incident ID: 41978196]

Dear Jake,

Thank you for pointing out the verbiage.

We have suspended the DNS for the listed domain names and they no long resolve. As the order does not specify the transfer of the domain names, we will not be able to transfer them. We understand there is an ongoing case. If you seek transfer of the domain names to your control, please ensure they are listed in the final order with instructions to transfer to your control.

Best,


**Laurie T.**
Dispute Administrator

**GoDaddy**

**From:** Jake Wood <wood@teamrubiconusa.org>
**Sent:** Tuesday, May 26, 2020 10:29 AM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>; Jeremy Neal <neal@teamrubiconusa.org>
**Subject:** Re: URGENT: Trademark Violations - [Incident ID: 41978196]

Notice: This email is from an external sender.

Hello,

Domain Names: TeamRubiconGlobal.org and TeamRubiconGlobal.com

Page 16 of Enc 2:

(iv) registering any domain name that contains the TR Marks or any misspelling or variation of those marks, or any domain name confusingly similar to those marks; (v) operating or authorizing the operation of any website using any domain name incorporating any of the TR Marks or any misspelling or variation of those marks, or any domain name confusingly similar to the TR Marks;

We ask that you immediately pull down these websites and transfer ownership of the domains to Team Rubicon, Inc (we are the rightful geistrant per the original master trademark license agreement signed . @Jeremy Neal, copied, can help with this latter request.

**Jake Wood**
Co-Founder & Chief Executive Officer
(O) 310.640.8787 | (M) 608.438.4551
**Team Rubicon** | **BUILT TO SERVE**
CFC #59162

---

**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Sent:** Tuesday, May 26, 2020 9:40 AM
**To:** Jake Wood <wood@teamrubiconusa.org>
**Subject:** RE: URGENT: Trademark Violations - [Incident ID: 41978196]

Dear Mr. Wood,

Please provide us with the domain name(s) in question and where in the order they are mentioned along with what action you are requesting we take.

Best,

**Laurie T.**
Dispute Administrator



ENCO: TEAMRUBICON

---

**From:** Jake Wood <wood@teamrubiconusa.org>
**Sent:** Tuesday, May 26, 2020 6:28 AM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Subject:** Fw: URGENT: Trademark Violations - [Incident ID: 41978196]

Notice: This email is from an external sender.

Please see attached.

Enclosure 1: proof of our ownership of the "TEAM RUBICON" trademark and associated logo
Enclosure 2: the binding decision rendered in the SDNY by Judge Swain, enjoining Team Rubicon Global's use of our mark
Letter


**Jake Wood**
Co-Founder & Chief Executive Officer
(O) 310.640.8787 | (M) 608.438.4551
**Team Rubicon** | **BUILT TO SERVE**
CFC #59162

---

**From:** trademarkclaims@godaddy.com <trademarkclaims@godaddy.com>
**Sent:** Friday, May 22, 2020 11:12 AM
**To:** Jake Wood <wood@teamrubiconusa.org>
**Subject:** URGENT: Trademark Violations - [Incident ID: 41978196]

# Here's the resolution to your inquiry.

**Discussion Notes**

**Support Staff Response**

Jake,

You'll need to send your court documentation directly to courtdisputes@godaddy.com for review and processing. They will be able to let you know what we can do for you based on the documentation and/or if additional documentation is required.

Thank you.

Kindest Regards,

D Preston
Go Daddy Trademark & Copyright Claims

**Customer Inquiry**

Notice: This email is from an external sender. To Whom It May Concern: Please see attached: A letter indicating Team Rubicon, Inc is the rightful owner to the Team Rubicon trademark and a description of violations committed by a former licensed affiliate, Team Rubicon Global and its affiliated sublicensees A copy of our trademark registration A preliminary injunction from the Southern District of NY ordering Team Rubicon Global to cease and desist all infringing activities We respectfully ask that your platform quickly adjudicate this matter and force Team Rubicon Global's compliance with attached court order.   Thank you. Jake Wood Co-Founder & Chief Executive Officer (O) 310.640.8787  (M) 608.438.4551 Team Rubicon  BUILT TO SERVE CFC #59162

If you need additional help, please reply to this email and reference [Incident ID: 41978196].

Copyright © 2020. All rights reserved.