# EXHIBIT O

| From: | Nicole Capossela <nicole.capossela@teamrubiconusa.org> |
|---|---|
| Sent: | Friday, May 29, 2020 11:51 AM |
| To: | charlie.reeve@airbnb.com |
| Subject: | Airbnb/TRG |
| Attachments: | 2020 05 28 (71) TRG letter to court about website.pdf |

Dear Charlie,

It would seem Airbnb has become aware of our unfortunate litigation with our former licensee, Team Rubicon Global (TRG). The entire situation is unfortunate, and for six months we have been working to amicably and quietly resolve the situation. Unfortunately, when TRG brought a lawsuit against us in the SDNY, we had no choice but to seek an injunction against them in order to protect our trademark and reputation. Last week the judge ruled in favor of our injunction, forbidding TRG from further use of TR's trademark (to include on their website, social media, and in other mediums).

In seeking to enforce this injunction, with which TRG was failing to comply, we pursued recourse directly with their website host, GoDaddy. GoDaddy complied with our request and in accordance with the injunction, shut down TRG's DNS servers.

It would appear from a recent TRG filing (attached, Point 2) that this has led them to lose access to their Airbnb account. This has had the unintended consequence (per their letter to the court) of Airbnb refusing to house Team Rubicon UK's volunteers in the UK responding to COVID-19. While we believe that TRG misrepresented the facts in their letter (we did not proactively communicate this situation to Airbnb, nor seek this action), we respectfully ask that Airbnb restore the ability for UK volunteers to utilize Airbnb's services for their efforts.

If you have any questions, please do not hesitate to ask.

Thanks for everything,
Nicole


**Nicole Capossela**
Chief Development Officer
(O) 310.640.8787 x124 | (M) 310.488.1690
**Team Rubicon** | **BUILT TO SERVE**
CFC #59162

*To learn more about TR's COVID-19 related efforts and our #NeighborsHelpingNeighbors initiative, please check out our **website** for the latest updates.*