UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TEAM RUBICON GLOBAL, LTD., a :
Delaware Corporation, :
                                                                                :
                          Plaintiff,             :            ORDER
                                                                                :
           -against-                                :            20-CV-2537 (LTS)(KNF)
                                                                                :
TEAM RUBICON, INC., a Minnesota Corporation, :
                                                                                :
                          Defendant.            :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A conference was held with counsel to the respective parties on July 15, 2020, via telephone. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before April 15, 2021;

2. the last date on which to amend pleadings will be September 15, 2020;

3. the last date on which to join additional parties will be September 15, 2020;

4. a telephonic status conference will be held with the parties on February 4, 2021, at 10:00 a.m.  The parties shall use dial in (888) 557-8511 and enter access code 4862532; and

5. a settlement conference will be held with the parties via telephone on April 29, 2021, at 10:30 a.m.  The parties are directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website.  As set forth in the procedures, no later than 3 days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and

(2) a completed attendance form, **except that these submissions shall be made via**

**e-mail to:** laura_midwood@nysd.uscourts.gov.

Dated: New York, New York  
       July 15, 2020

SO ORDERED:

*/s/ Kevin Nathaniel Fox*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE