# EXHIBIT C

**From:** Jake Wood <wood@teamrubiconusa.org>
**Sent:** Friday, July 31, 2020 1:23 PM
**To:** Vladimir Tamashiro-Loma <vladimir.tamashiro-loma@teamrubiconusa.org>
**Subject:** Re: Lawsuit Statement from the Board of Directors of TRG

Vlad can you please confirm for me when that gray shirt that you referenced officially registered with Team Rubicon? We are trying to determine how TRG is gaining access to these email addresses. Thank you


Jake Wood
CEO
Team Rubicon

---

**From:** Vladimir Tamashiro-Loma <vladimir.tamashiro-loma@teamrubiconusa.org>
**Sent:** Friday, July 31, 2020 9:51:43 AM
**To:** Jake Wood <wood@teamrubiconusa.org>
**Subject:** Fw: Lawsuit Statement from the Board of Directors of TRG

Hi Jake,
I'm sure that others have sent this to you if you haven't received it yourself.

I do believe that this was sent to regular Greyshirts in addition to staff as I received a question in reference to this email from one of the local Greyshirts who only attended a service project or two here in Hampton Roads

1

pre COVID. I have asked for him to forward the email to me to verify (the email below was actually in my junk email and I wouldn't have found it if it wasn't for the Greyshirt reaching out). If you already knew this, sorry for the over communication but I didn't want to assume.

Thanks!

**Vladimir Tamashiro-Loma**
Associate, Regional Operations
(M) 703.593.6176
**Team Rubicon** | BUILT TO SERVE
CFC #59162



**Northeast Territory**
Region I (CT, ME, MA, NH, RI, VT)
Region II (NJ, NY, PR, USVI)
Region III (DC, DE, MD, PA, VA, WV)

---

**From:** The Board of Directors of Team Rubicon Global <board@teamrubiconglobal.org>
**Sent:** Friday, July 31, 2020 11:29 AM
**To:** Vladimir Tamashiro-Loma <vladimir.tamashiro-loma@teamrubiconusa.org>
**Subject:** Lawsuit Statement from the Board of Directors of TRG



Dear Supporters of the Team Rubicon Network,

*The Board of Directors of Team Rubicon Global (TRG) is writing to inform you of the actions we've taken to preserve the integrity of the Team Rubicon Network and to honor our commitment to the volunteers and supporters who power our mission around the world.*

In December 2019, we received a legal letter from Team Rubicon USA (TR-USA) informing us that TRG could no longer use the Team Rubicon brand, because we had not taken all required actions to protect the brand from allegations of sexual harassment against employees of Team Rubicon UK (TR-UK) and Team Rubicon Australia (TR-AUS). TRG and its counsel believe that TR-USA's accusations are baseless, and contrary to TRG's commitment to building a network free from all forms of discrimination and harassment.

In response to TR-USA's legal notice, we made the difficult decision to file a lawsuit against TR-USA for violating our master trademark license agreement which allows TRG to conduct its non-USA based charitable work. Understanding the implications of a lawsuit, the TRG Board has worked hard over the past six years to avoid taking legal action against TR-USA. But when TRG learned that TR-USA interfered with and prevented a major donor from supporting TR-AUS in their response to the Australian bushfires, the Board concluded that legal action was a necessary last resort to hold TR-USA accountable for its past and recent attempts to dismantle TRG and the independent network of country units around the world.

For those interested in learning more, the case details are publicly available through the PACER court filing system, case number 1:20-cv-02537. For now, here are the topline facts:

1. Since we take claims of inappropriate conduct seriously, the TRG Board immediately took action to make sure the claims were fully investigated in a transparent and fair way and in accordance with the laws of each country.
2. In two separate independent investigations that TRG monitored, the Boards of TR-UK and TR-AUS found that TR-USA's employee-led investigations were improper, biased, and done with ulterior motive.
3. The investigators found that TR-USA intentionally obstructed their investigations by restricting access to complainants, information, and witnesses.
4. According to UK and Australian law, an employee cannot be terminated based on unproven anonymous statements, which is what TR-USA demanded.

3

5. In a sworn declaration, the individual who made the complaints stated that no one from TR-USA passed on the requests from the investigators to speak with her, and that she was willing to do so.

To be clear, this isn't about TRG against TR-USA. We are proud of the incredible impact created by TR-USA's community of veterans, first responders, civilians and employees, and what we've accomplished together as a united Team Rubicon Network. This lawsuit seeks to protect the volunteers who serve with TR-USA, as well as those from country units that TRG launched around the world.

If successful, our lawsuit will preserve the TR Network which TRG has worked hard to build with prospective additional country teams being launched in the Netherlands, Denmark, France, and Germany. It will also allow the Network to continue its work responding to the COVID-19 crisis around the world.

If you have any questions, comments, or concerns, please contact the Board directly at board@teamrubiconglobal.org.

Thank you,

The Board of Directors
July 31, 2020



Copyright © 2020, Team Rubicon Global, Ltd., All rights reserved.

Our mailing address is:
Team Rubicon Global, Ltd.
2000 Pennsylvania Ave NW #7000
Washington, DC 20006

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list

5