# EXHIBIT D

**From:** Mike Watkins <watkins@teamrubiconusa.org>
**Sent:** Thursday, August 6, 2020 11:02 AM
**To:** Jake Wood <wood@teamrubiconusa.org>
**Subject:** Team Rubicon Global email

Jake,

 My family (Stacey, Trevor and I) received the letter from Team Rubicon Global, Board of Directors, on 7/31. These are the only letters we have ever received from TRG on these accounts. We do not donate, nor have we ever subscribed to TRG.

My initial sign in with Team Rubicon USA was michaelwatkins26@gmail 2/16/2015.

Trevor's sign in is trevorwatkins97@hotmail.com 5/23/2015.

Stacey's is stacey3watkins@yahoo.com 9/10 2015.

I singed my daughter, Sarra, up under my gmail account michaelwatkins26@gmail.com as well on 12/21/16. This account only received one of the emails from the TRG on 7/31.

My email watkins@teamrubiconusa.org last received TRG newsletters  on 12/20/2018. I did not subscribe to this with this account. We are all willing to sign our names confirming this as needed.

1

Best,
Mike

Mike Watkins
Director, Midwest Territory
(M) 252.259.4138
Team Rubicon | BUILT TO SERVE
CFC #59162