# EXHIBIT G

Parsed domain name: teamrubiconaustralia.org

Created Date Raw: Mon, 18 Jun 2012 19:13:12 GMT

Created Date ISO8601: Mon, 18 Jun 2012 19:13:12 GMT

Expires Date Raw: Fri, 18 Jun 2021 19:13:12 GMT

Expires Date ISO8601: Fri, 18 Jun 2021 19:13:12 GMT

Updated Date Raw: Sat, 07 Nov 2020 04:29:34 GMT

Updated Date ISO8601: Sat, 07 Nov 2020 04:29:34 GMT

Registrar name: GoDaddy.com, LLC

WHOIS server: whois.godaddy.com

Record update dates

Created Date: Fri, 19 Feb 2021 21:46:18 GMT

Updated Date: Fri, 19 Feb 2021 21:46:18 GMT

Name servers

ns07.domaincontrol.com

ns08.domaincontrol.com

Domain EPP status codes by ICANN list

clientdeleteprohibited

clientrenewprohibited

clienttransferprohibited

clientupdateprohibited

Registrant contact

Organization: Team Rubicon Norway

State: New South Wales

Country: AUSTRALIA

Clean text

Domain Name: TEAMRUBICONAUSTRALIA.ORG

Registry Domain ID: D165855663-LROR

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: http://www.whois.godaddy.com

Updated Date: 2020-11-07T04:29:34Z

Creation Date: 2012-06-18T19:13:12Z

Registry Expiry Date: 2021-06-18T19:13:12Z

Registrar Registration Expiration Date:

Registrar: GoDaddy.com, LLC

Registrar IANA ID: 146

Registrar Abuse Contact Email: abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Reseller:

Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited

Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited

Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registrant Organization: Team Rubicon Norway

Registrant State/Province: New South Wales

Registrant Country: AU

Name Server: NS07.DOMAINCONTROL.COM

Name Server: NS08.DOMAINCONTROL.COM

DNSSEC: unsigned

URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/)

>>> Last update of WHOIS database: 2021-02-19T21:45:18Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Access to Public Interest Registry WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Public Interest Registry registry database. The data in this record is provided by Public Interest Registry for informational purposes only, and Public Interest Registry does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

The Registrar of Record identified in this output may have an RDDS service that can be queried for additional information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.

Raw text

Domain Name: TEAMRUBICONAUSTRALIA.ORG

Registry Domain ID: D165855663-LROR

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: http://www.whois.godaddy.com

Updated Date: 2020-11-07T04:29:34Z

Creation Date: 2012-06-18T19:13:12Z

Registry Expiry Date: 2021-06-18T19:13:12Z

Registrar Registration Expiration Date:

Registrar: GoDaddy.com, LLC

Registrar IANA ID: 146

Registrar Abuse Contact Email: abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Reseller:

Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited

Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited

Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Registrant Organization: Team Rubicon Norway

Registrant State/Province: New South Wales

Registrant Country: AU

Name Server: NS07.DOMAINCONTROL.COM

Name Server: NS08.DOMAINCONTROL.COM

DNSSEC: unsigned

URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/)

>>> Last update of WHOIS database: 2021-02-19T21:45:18Z <<<


For more information on Whois status codes, please visit https://icann.org/epp


Access to Public Interest Registry WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Public Interest Registry registry database. The data in this record is provided by Public Interest Registry for informational purposes only, and Public Interest Registry does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.


The Registrar of Record identified in this output may have an RDDS service that can be queried for additional information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.