Matthew S. Salerno
Direct Dial: 1.212.906.4738
matthew.salerno@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

September 1, 2023

**VIA ECF**

Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *Team Rubicon Global, LTD. v. Team Rubicon, Inc.*,
         Civil Action No. 1:20-cv-02537-LTS-KNF

Dear Judge Swain:

I write on behalf of Defendant and Counterclaim-Plaintiff Team Rubicon, Inc. ("Team Rubicon") in the above-captioned matter pursuant to Your Honor's order dated September 7, 2021 (ECF No. 120) to provide a status report regarding Plaintiff and Counterclaim-Defendant Team Rubicon Global, Ltd.'s ("TRG") Chapter 7 bankruptcy proceeding captioned *In re: Team Rubicon Global, Ltd.*, 21-10522-JTD (Bankr. D. Del.).  As of the date of this letter, Team Rubicon continues to engage in constructive dialogue with the Trustee for TRG's estate regarding the actions necessary and desirable by TRG to effectuate the terms of settlement.  Team Rubicon anticipates that the terms of the settlement will be complete imminently.  Once completed, Team Rubicon will promptly file a proposed stipulation of dismissal with this Court.

Respectfully submitted,

/s/ Matthew S. Salerno
Matthew S. Salerno
of LATHAM & WATKINS LLP

cc:  All Counsel of Record (via ECF)