**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEAM RUBICON GLOBAL, LTD., a Delaware Corporation, | 20 Civ. 2537 (LTS) (KNF) |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED ORDER] OF DISMISSAL WITH PREJUDICE** |
| TEAM RUBICON, INC., a Minnesota Corporation, | |
| Defendant. | |
| TEAM RUBICON, INC., a Minnesota Corporation, | |
| Counterclaim Plaintiff, | |
| - against- | |
| TEAM RUBICON GLOBAL, LTD., a Delaware Corporation, | |
| Counterclaim Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by Plaintiff/Counterclaim-Defendant Team Rubicon Global, Ltd. and Defendant/Counterclaim-Plaintiff Team Rubicon, Inc., by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), subject to the approval of the Court, as follows:

    1. The above-captioned case is settled and resolved in accordance with the terms and conditions set forth in the Settlement Agreement between the Parties dated December 16, 2021, and should be dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees.

2.   The $1,000,000.00 bond (Bond Number 107272536) posted as security for the
preliminary injunction ordered on June 12, 2020, shall be immediately cancelled and released to
Team Rubicon, Inc. upon entry of this Order.

Dated: February 21, 2024

*signature*

Majed Dakak (admitted *pro hac vice*)
Amy T. Brantly
Mark Pluch (admitted *pro hac vice*)
**KESSELMAN                    BRANTLY
STOCKINGER LLP**
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
Tel: (310) 307-4555
Fax: (310) 307-4570
Email: mdakak@kbslaw.com
Email: mpaluch@kbslaw.com
Email: abrantly@kbslaw.com

*Attorneys for Team Rubicon Global, Ltd.*

Respectfully submitted,

*signature*

Jeff G. Hammel
Matthew S. Salerno
Elizabeth A. Parvis
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: jeff.hammel@lw.com
Email: matthew.salerno@lw.com
Email: elizabeth.parvis@lw.com

Matthew W. Walch (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Email: matthew.walch@lw.com

*Attorneys for Team Rubicon, Inc.*

The foregoing application is granted.  The Court instructs the Court's
Registry to return the aforementioned bond, and the Clerk of Court to
close this case.
SO ORDERED.
February 29, 2024
/s/ Laura Taylor Swain, Chief USDJ